JOHN L. BURRIS ESQ., SBN 69888
DEWITT M. LACY, ESQ., SBN 258789
K. CHIKE ODIWE, ESQ., SBN 315109
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
MELVIN PEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PEARSON,<br><br>    Plaintiff,<br> vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; ERIC CHALONER, individually and in his capacity as a Deputy Sheriff for the COUNTY OF ALAMEDA; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>    Defendants. | CASE NO.: 3:16-cv-05526-LB<br><br>STIPULATION AND [~~Proposed~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record:**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, stipulate that the entire action including all claims against all defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The

parties have fully executed the terms of a Release Agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO STIPULATED.

DATED: 9/18/2017

LAW OFFICES OF JOHN L. BURRIS

By:   /s/ *K. Chike Odiwe*
    JOHN L. BURRIS, ESQ.
    DEWITT M. LACY, ESQ.
    K. CHIKE ODIWE, ESQ.
    Attorneys for Plaintiff
    MELVIN PEARSON

DATED: 9/18/2017

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By:   * /s/ *Gregory B. Thomas*
    GREGORY B. THOMAS, ESQ.
    TEMITAYO O. PETERS, ESQ.
    Attorneys for Defendants
    COUNTY OF ALAMEDA
    and ERIC CHALONER
  *Mr. Thomas provided consent that this
   document be electronically filed.

**ORDER**

IS IT HEREBY ORDERED that Defendants County of Alameda, Eric Chaloner, and DOES 1-25 are dismissed with prejudice from this action, that the entire Complaint is dismissed with prejudice, and each party to bear its own costs and fees.

Dated: September 19, 2017  _____
HONORABLE LAUREL BEELER